# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARILYN APY,**

      **Plaintiff,**

**-vs-**                **Case No. 6:02-cv-293-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 22)
>
> **FILED:** May 26, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

By the present motion, the plaintiff Marilyn Apy seeks to recover attorney's fees and other expenses she incurred in this case pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). The motion is dated May 25, 2005, but the Court's electronic notice of filing indicates that it was filed at 7:54 A.M. on May 26, 2005. The Court entered a final judgment in this case on February 24, 2005, and, therefore, the last date on which the present motion could have been

timely filed was May 25, 2005. *See Johnson v. Apfel*, No. Civ. A. 00-0086-P-C, 2001 WL 303296, *1 (S.D. Ala. Mar. 14, 2001).

A claimant's failure to file a timely EAJA application precludes a district court from considering the merits of the application. *Myers v. Sullivan*, 916 F.2d 659, 666 (11th Cir. 1990). Though Congress did not intend for the deadlines imposed by the EAJA to be traps for the unwary, this Court has no jurisdiction to consider late-filed fee applications. *Id.* at 668-69; *United States v. J.H.T., Inc.*, 872 F.2d 373, 376 (11th Cir. 1989); *see also Hill v. Apfel*, No. CIV. A. 980241-AH-S, 2000 WL 718810, at *2 (S.D. Ala. May 10, 2000) (denying EAJA fee petition because it was filed thirty-one days late, thereby precluding the court's jurisdiction to consider it).

My order of February, 23, 2005, doc. no. 20, made clear that in order to receive fees pursuant to the EAJA, Apy needed to file an appropriate motion "within the time permitted by statutes and rules of this Court." Because Apy failed to do this, the present motion is due to be denied.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties